THE FRESNILLO COMPANY, Appellant, *v.* THE CHASE NATIONAL BANK OF THE CITY OF NEW YORK, Respondent.

(Argued January 12, 1934; decided February 27, 1934.)

*William Mason Smith* and *Lewis A. Spence* for appellant.
*George L. Trumbull* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN and CROUCH, JJ. Not voting: KELLOGG and HUBBS, JJ.